IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**United States of America,**

    Plaintiff,

    -vs-

**Leslee Smith,**

    Defendant.

Case 3:17-cr-154

Magistrate Judge Ovington

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Possession of Drugs, in violation of Title 21 of the United States Code, Section 844(a) made in Count 1 of the Information, is hereby AMENDED to a charge of Possession of Marijuana Paraphernalia, in violation of the Ohio Revised Code, Section 2925.141.

IT IS SO ORDERED.

Date: 11/15/17

_____
United States Magistrate Judge

_____
Assistant United States Attorney